[No. 31209-0-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. J.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-00326-4, Richard M. Ishikawa, J., entered July 30, 1992. *Affirmed* by unpublished per curiam opinion. Now published at 70 Wn. App. 659.


[No. 29719-8-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. KEITH A. HOISINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-8-00537-1, Steven C. Gish, J. Pro Tem., entered November 15, 1991. *Affirmed* by unpublished per curiam opinion.


[No. 28914-4-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT HAYNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00682-9, Norma Smith Huggins, J., entered July 3, 1991. *Dismissed* by unpublished per curiam opinion.


[No. 29408-3-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00810-4, Robert E. Dixon, J., entered October 21, 1991. *Dismissed* by unpublished per curiam opinion.